**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**GENERAL ORDER 26-0009**

Magistrate Judge Jeffrey T. Gilbert is retiring as a United States Magistrate Judge on May 6, 2026.

Therefore, it is HEREBY ORDERED that effective May 7, 2026, all pending miscellaneous cases that were previously assigned to Magistrate Judge Gilbert and requires further judicial action are to be reassigned temporarily to Chief Magistrate Judge M. David Weisman for a period of (90) ninety days; and

It is further ordered that any miscellaneous case that was previously assigned to Magistrate Judge Gilbert and in the future requires further judicial action shall be directly reassigned to Magistrate Judge Weisman; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Weisman, all hearing dates, deadlines, and schedules set by Magistrate Judge Gilbert in the attached list of cases are to remain in effect. The Clerk of Court is directed to docket a copy of this order in each case listed on the attachment; and

It is further ordered that any miscellaneous case that requires further judicial effort effective August 5, 2026, shall be reassigned to Magistrate Judge Karyn L. Bass Ehler.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 1st day of May, 2026

**Miscellaneous Cases Assigned to Chief Magistrate Judge Weisman from Magistrate Judge Gilbert**

| | |
|---|---|
| 19M160 | United States of America v. Suppressed |
| 20M230 | United States of America v. Suppressed |
| 20M337 | United States of America v. Suppressed |
| 21M677 | United States of America v. Suppressed |
| 22M252 | United States of America v. Suppressed |
| 22M498 | United States of America v. Suppressed |
| 22M499 | United States of America v. Suppressed |
| 22M500 | United States of America v. Suppressed |
| 22M619 | United States of America v. Suppressed |
| 22M621 | United States of America v. Suppressed |
| 22M622 | United States of America v. Suppressed |
| 22M623 | United States of America v. Suppressed |
| 22M624 | United States of America v. Suppressed |
| 22M633 | United States of America v. Suppressed |
| 22M892 | United States of America v. Suppressed |
| 22M972 | United States of America v. Suppressed |
| 23M47 | United States of America v. Suppressed |
| 23M48 | United States of America v. Suppressed |
| 23M55 | United States of America v. Suppressed |
| 23M56 | United States of America v. Suppressed |
| 23M75 | United States of America v. Suppressed |
| 23M76 | United States of America v. Suppressed |
| 23M367 | United States of America v. Suppressed |
| 23M384 | United States of America v. Suppressed |
| 23M609 | United States of America v. Suppressed |
| 23M887 | United States of America v. Suppressed |
| 23M895 | United States of America v. Suppressed |
| 23M921 | United States of America v. Suppressed |
| 23M1082 | United States of America v. Suppressed |
| 23M1084 | United States of America v. Suppressed |
| 23M1085 | United States of America v. Suppressed |
| 23M1086 | United States of America v. Suppressed |
| 23M1087 | United States of America v. Suppressed |
| 23M1090 | United States of America v. Suppressed |
| 23M1091 | United States of America v. Suppressed |
| 23M1092 | United States of America v. Suppressed |
| 23M1093 | United States of America v. Suppressed |
| 23M1107 | United States of America v. Suppressed |
| 24M128 | United States of America v. Suppressed |
| 24M131 | United States of America v. Suppressed |
| 24M132 | United States of America v. Suppressed |

| | |
|---|---|
| 24M133 | United States of America v. Suppressed |
| 24M134 | United States of America v. Suppressed |
| 24M135 | United States of America v. Suppressed |
| 24M136 | United States of America v. Suppressed |
| 24M137 | United States of America v. Suppressed |
| 24M138 | United States of America v. Suppressed |
| 24M139 | United States of America v. Suppressed |
| 24M140 | United States of America v. Suppressed |
| 24M148 | United States of America v. Suppressed |
| 24M149 | United States of America v. Suppressed |
| 24M350 | United States of America v. Suppressed |
| 24M352 | United States of America v. Suppressed |
| 24M353 | United States of America v. Suppressed |
| 24M354 | United States of America v. Suppressed |
| 24M355 | United States of America v. Suppressed |
| 24M356 | United States of America v. Suppressed |
| 24M357 | United States of America v. Suppressed |
| 24M358 | United States of America v. Suppressed |
| 24M361 | United States of America v. Suppressed |
| 24M362 | United States of America v. Suppressed |
| 24M363 | United States of America v. Suppressed |
| 24M364 | United States of America v. Suppressed |
| 24M366 | United States of America v. Suppressed |
| 24M368 | United States of America v. Suppressed |
| 24M376 | United States of America v. Suppressed |
| 24M648 | United States of America v. Suppressed |
| 24M649 | United States of America v. Suppressed |
| 24M650 | United States of America v. Suppressed |
| 24M651 | United States of America v. Suppressed |
| 24M813 | United States of America v. Suppressed |
| 24M814 | United States of America v. Suppressed |
| 24M815 | United States of America v. Suppressed |
| 24M816 | United States of America v. Suppressed |
| 24M817 | United States of America v. Suppressed |
| 24M819 | United States of America v. Suppressed |
| 24M820 | United States of America v. Suppressed |
| 25M5 | United States of America v. Suppressed |
| 25M7 | United States of America v. Suppressed |
| 25M8 | United States of America v. Suppressed |
| 25M9 | United States of America v. Suppressed |
| 25M10 | United States of America v. Suppressed |
| 25M286 | United States of America v. Suppressed |
| 25M288 | United States of America v. Suppressed |
| 25M289 | United States of America v. Suppressed |

| | |
|---|---|
| 25M290 | United States of America v. Suppressed |
| 25M291 | United States of America v. Suppressed |
| 25M292 | United States of America v. Suppressed |
| 25M293 | United States of America v. Suppressed |
| 25M294 | United States of America v. Suppressed |
| 25M295 | United States of America v. Suppressed |
| 25M297 | United States of America v. Suppressed |
| 25M298 | United States of America v. Suppressed |
| 25M380 | United States of America v. Suppressed |
| 25M382 | United States of America v. Suppressed |
| 25M383 | United States of America v. Suppressed |
| 25M387 | United States of America v. Suppressed |
| 25M388 | United States of America v. Suppressed |
| 25M389 | United States of America v. Suppressed |
| 25M392 | United States of America v. Suppressed |
| 25M547 | United States of America v. Suppressed |
| 25M548 | United States of America v. Suppressed |
| 25M549 | United States of America v. Suppressed |
| 25M550 | United States of America v. Suppressed |
| 25M551 | United States of America v. Suppressed |
| 25M552 | United States of America v. Suppressed |
| 25M555 | United States of America v. Suppressed |
| 25M686 | United States of America v. Suppressed |
| 25M687 | United States of America v. Suppressed |
| 25M691 | United States of America v. Suppressed |
| 25M692 | United States of America v. Suppressed |
| 25M694 | United States of America v. Suppressed |
| 25M695 | United States of America v. Suppressed |
| 25M696 | United States of America v. Suppressed |
| 25M698 | United States of America v. Suppressed |
| 25M699 | United States of America v. Suppressed |
| 25M700 | United States of America v. Suppressed |
| 26M4 | United States of America v. Suppressed |
| 26M7 | United States of America v. Suppressed |
| 26M8 | United States of America v. Suppressed |
| 26M9 | United States of America v. Suppressed |
| 26M10 | United States of America v. Suppressed |
| 26M11 | United States of America v. Suppressed |
| 26M12 | United States of America v. Suppressed |
| 26M13 | United States of America v. Suppressed |
| 26M133 | United States of America v. Suppressed |
| 26M134 | United States of America v. Suppressed |
| 26M138 | United States of America v. Suppressed |
| 26M139 | United States of America v. Suppressed |

| | |
|---|---|
| 26M140 | United States of America v. Suppressed |
| 26M141 | United States of America v. Suppressed |
| 26M142 | United States of America v. Suppressed |
| 26M143 | United States of America v. Suppressed |
| 26M144 | United States of America v. Suppressed |
| 26M145 | United States of America v. Suppressed |
| 26M146 | United States of America v. Suppressed |
| 26M147 | United States of America v. Suppressed |
| 26M148 | United States of America v. Suppressed |
| 26M149 | United States of America v. Suppressed |
| 26M155 | United States of America v. Suppressed |
| 26M156 | United States of America v. Suppressed |
| 26M157 | United States of America v. Suppressed |
| 26M158 | United States of America v. Suppressed |